AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 02, 2026

SEAN F. McAVOY, CLERK

JOSHUA LEDOUX,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| T.R.A. INDUSTRIES INC. d/b/a HUNTWOOD INDUSTRIES, | ) |
| *Defendant* | ) |

Civil Action No.   4:25-CV-0400-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party. Judgment of Dismissal is ENTERED.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:   6/2/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*